## Jehiel Burt v. The Commissioners of Highways of Sumpter and Van Buren.

*Remedy: Laying out highways: Appeal:  Certiorari.* Where one feeling himself aggrieved by the action of highway commissioners in the matter of laying out a road on a town line, had taken advantage of the appropriate statutory remedy by appeal to the township boards, there being no showing of peculiar and exceptional circumstances, the court declined to order a writ of *certiorari* to review the proceedings.

*Heard and decided June 9.*

Application for *Certiorari.*

This writ was sought to review proceedings of the high-

way commissioners to lay out a road on the town line between the townships of Sumpter and Van Buren, in Wayne county. To lay out the proposed highway, lands of the relator were required to be taken, and he was awarded damages for the taking. Not being satisfied with the action of the commissioners, he took an appeal under the statute to the township boards of the two townships, where the proceedings of the commissioners were confirmed, except as to the amount of the award to the relator.

*James S. Dewey,* for relator, made the application *ex parte.*

THE COURT held that where one has thus taken advantage of the appropriate statutory remedy by appeal, a writ of *certiorari* will not be allowed to review the proceedings, unless there are peculiar and exceptional circumstances existing indicating that some special grievance will result from the denial of the remedy.

Writ denied.